UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

STEVE CRUMP, No. C 13-1628 RS (PR)

    Petitioner, **ORDER OF DISMISSAL**

v.

GREGORY AHERN, Warden,

    Respondent.

    This federal habeas corpus action, which alleges claims identical to those presented in many prior petitions, e.g., 11-4920 RS, 11-5084 RS, and 13-0010 RS, will be dismissed. First, it is premature. It is clear from the face of the petition that petitioner's conviction is not final or appealable as he has not yet been sentenced. If his conviction is not final, he cannot have exhausted his state judicial remedies prior to filing a federal habeas action. Second, abstention is appropriate for reasons cited in numerous previous orders. *See Younger v. Harris*, 401 U.S. 37, 43–54 (1971). Simply put, the petition shows no reason justifying this Court's interference in the on-going state proceedings. The motion to proceed *in forma pauperis* (Docket No. 2) is GRANTED. The petition is DISMISSED.

    A certificate of appealability will not issue. Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The Clerk shall terminate Docket No. 2, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: August 8, 2013

    RICHARD SEEBORG
    United States District Judge